ACCEPTED
03-14-00239-CV
4490189
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 11:51:41 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 11:51:41 AM
JEFFREY D. KYLE
Clerk

March 13, 2015

Mr. Jeffrey D. Kyle          *Via File & ServeXpress*
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Re:    Case No. 03-14-00239-CV; *Dr. Amber Brooks, D.C. v. Texas Medical Board, et al.*, Third Court of Appeals, Austin, Texas

Dear Mr. Kyle:

Pursuant to the Court's request, this is to confirm my intent to argue on behalf of Appellees before this court on April 22, 2015 at 9:00 a.m.

Please advise if we may be of further assistance in this matter.

Sincerely,

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

cc:    Andre D'Souza, Counsel for Appellant (*Via Facsimile E-Service*)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov